**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK J. ELLERBE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE PRESIDENT OF THE U.S., THE ATTORNEY GENERAL OF THE U.S., THE EXECUTIVE BRANCH OF THE U.S. GOV., THE U.S. CONGRESS, THE U.S.P.S. AND IT'S BOARD OF GOVERNORS, THE U.S.P.S. INSPECTOR GENERAL and THE U.S. ATTONEY FO RTHE EASTERN DISTRICT OF PENNSYLVANIA, Each Defendant Is Being Sued Individually (Congress, U.S.P.S. Board of Gov. and Exec. Branch) and Officially** | : | **NO. 20-211** |

**ORDER**

**NOW**, this 7th day of August, 2020, upon consideration of plaintiff's application to proceed *in forma pauperis* (Doc. No. 1), and his complaint, it is **ORDERED** as follows:

1. The application to proceed *in forma pauperis* is **GRANTED.**

2. The Complaint is deemed filed.

3. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the Complaint is **DISMISSED WITH PREJUDICE** as frivolous and malicious.

4. No later than **September 14, 2020,** plaintiff shall file a response to this Order stating why he should not be enjoined from filing any future actions concerning the identical, untimely allegations raised here and previously raised in Civil Action Nos. 17-2425, 17-1475, 19-2716, 19-2718, 19-3554, and 19-6043, specifically that he was followed, harassed, kidnapped or held captive by agents, officers or officials of the United States or Commonwealth of Pennsylvania or other entities and persons.

5. If plaintiff fails to comply with this Order or adequately explain why he should be permitted to file any actions in the future, he will be enjoined from filing any future lawsuits.

/s/ TIMOTHY J. SAVAGE J.